LNE 3.1.26
KR: USAO 2025R00519



USDC-BALTIMORE
'26 MAR 5 PM 3:11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** ABA 26cr89 |
| v. | * | |
| **JUANITA MARIE ROBINSON,** | * | (Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1); Forfeiture, 21 U.S.C. § 853) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

On or about August 13, 2025, in the District of Maryland, the Defendant,

**JUANITA MARIE ROBINSON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 841(a)(1) and (b)(1)(C)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**JUANITA MARIE ROBINSON,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Substitute Assets

4. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

2

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Kelly O. Hayes*
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

03/05/2026
Date